AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
JEFFRY TORRES COLON

*Defendant(s)*

Case No. 24-mj-4074 (MJS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ________ in the county of Cumberland in the ________ District of New Jersey, the defendant(s) violated:

| *Code Section* | *Description of Offenses* |
| --- | --- |
| 21 U.S.C. § 846; 18 U.S.C. § 2 | Conspiracy / attempted possession with intent to distribute of 500 grams or more of a mixture or substance containing a detectable amount of cocaine contrary to 21 U.S.C. § 841(a)(1) and (b)(1)(B); aiding and abetting. See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

Andrew Gray
*Complainant's signature*

Special Agent Andrew Gray, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means).*

Date: 11-12-2024

*Judge's signature*

City and state: District of New Jersey

Hon. Matthew J. Skahill, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By: [signature]
Daniel A. Friedman
Assistant U.S. Attorney

Date: November 11, 2024

**ATTACHMENT A**

(Conspiracy to Distribute Cocaine)

From in or about July 2022 through in or about February 2023, in the District of New Jersey, the District of Massachusetts, and elsewhere, defendant

JEFFRY TORRES COLON

knowingly and intentionally conspired and agreed with others, to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

In violation of Title 21, United States Code, Section 846.

**<u>ATTACHMENT B</u>**

**AFFIDAVIT**

Andrew Gray, your affiant, having been sworn according to law, deposes and says:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the FBI Newark Division's Atlantic City Resident Agency. I have been an FBI Agent since January 2016. I have completed training through the FBI Academy in Quantico, Virginia. I have investigated, or assisted in investigating, numerous federal and state violations. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. I am familiar with the manner and means with which traffickers communicate, and the means with which controlled dangerous substances are transported, possessed, packaged, and distributed.

2. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs, and other evidence. Where statements of others are related herein, they are related in substance and part. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

3. This affidavit is offered to establish probable cause that JEFFRY TORRES COLON ("TORRES") conspired with JULIO ANGEL SOLIS HUERTAS ("SOLIS"), ROBERTO CARLOS PONCE MORALES ("PONCE"), and others, to ship U.S. Postal Service parcels containing large quantities of cocaine from Puerto Rico to New Jersey and Massachusetts, and to further distribute that cocaine.

**Shipments of Cocaine from Puerto Rico to New Jersey and Massachusetts**

4. Based on my training and experience, I know that Puerto Rico is an area from which cocaine is supplied by traffickers and shipped by multiple means, including US Mail, to the continental United States. From at least as early as June 2022 through at least as late as February 2023, investigators identified at least 50 related parcels mailed from Puerto Rico to southern New Jersey and Massachusetts. The identified parcels were similar in size and weight; the parcels ranged from approximately 6 pounds to 10 pounds, with most weighing between 9 and 10 pounds. The handwriting on the parcels often appeared similar. In addition, the names on the return address and addressee lines generally did not match the names associated with those addresses in law enforcement databases.

5. The shipping addresses for the parcels were sent to various names and addresses in southern New Jersey and Massachusetts. Based on my training and experience, I know that drug traffickers often use addresses over which they exercise some influence or control, but to avoid direct attribution and detection through pattern analysis, traffickers often alter certain details,

including the names of senders and addressees, the post office used to send, the address used to receive, and slight variations in the digits of the address.

6. Investigators searched several of the parcels identified during the investigation pursuant to five federal search warrants, as described in the following table:

| Month searched | Origin | Destination | Contents |
|---|---|---|---|
| July 2022 | Puerto Rico | Vineland, New Jersey | 3 kilograms of cocaine |
| November 2022 | Puerto Rico | Vineland, New Jersey | 3 kilograms of cocaine |
| December 2022 | Puerto Rico | Vineland, New Jersey | 3 kilograms of cocaine |
| December 2022 | Puerto Rico | Minotola, New Jersey | 3 kilograms of cocaine |

7. Comparing the net weight of the cocaine seized from the four seized parcels to the gross weight of each parcel, and applying that ratio to the total number of the related parcel shipments, law enforcement believes that more than 100 kilograms of cocaine was shipped from Puerto Rico to New Jersey and Massachusetts between July 2022 and December 2022.

**<u>The Conspiracy</u>**

8. In December 2022, law enforcement officers searched the Philadelphia, Pennsylvania residence of JULIO ANGEL SOLIS HUERTAS pursuant to a federal search warrant and seized and searched mobile devices that were found during the search. In March 2023, JULIO ANGEL SOLIS HUERTAS was arrested pursuant to a U.S. District Court for the District of New Jersey arrest warrant and complaint charging him with conspiracy to

distribute and possess with intent to distribute cocaine. 23-mj-7011 (EAP). Pursuant to federal search warrants, investigators searched mobile devices that were possessed by SOLIS at the time of his arrest.

9. On SOLIS's mobile devices (the devices found during the December 2022 search of his residence and those found during his March 2023 arrest), investigators found photographs and videos that appeared to depict drug trafficking activities, including images of bricks of what appear to be cocaine and large quantities of U.S. currency. Also present on SOLIS's mobile devices were communications between SOLIS and other individuals discussing drug trafficking. The communications were often conducted in encrypted messaging applications such as WhatsApp and Signal, and consisted of text messages, recorded voice memos, and videos. Based on my training and experience, I know that drug traffickers often use encrypted messaging services in an attempt to avoid detection by law enforcement.

10. The communications demonstrate a drug trafficking conspiracy wherein SOLIS and TORRES provided addresses in New Jersey and Massachusetts to PONCE. PONCE then caused parcels containing large quantities of cocaine to be sent to the addresses provided by SOLIS and TORRES. SOLIS and TORRES then coordinated the further distribution of the cocaine they received. SOLIS and TORRES collected proceeds from the sale of

cocaine and arranged for a significant portion to be provided to PONCE to pay for the cocaine PONCE supplied.[1]

11. On several of the mobile devices seized from SOLIS and SOLIS's residence, there is a WhatsApp[2] contact assigned telephone number (xxx) xxx-8282, with a Puerto Rican area code. This contact is labeled "El Pana," "El Panin," or "Panin," depending on the mobile device. The investigation has revealed that the individual using telephone number (xxx) xxx-8282 is PONCE.

12. In one WhatsApp communication between SOLIS and "El Pana," SOLIS asked "El Pana" for an address and "El Pana" responded with an address for "Roberto Ponce" in San Sebastian, Puerto Rico. Communications between SOLIS and "El Pana" also reference airline flights between Puerto Rico and Philadelphia in August 2022, November 2022, and December 2022. Airline records show that PONCE was a passenger on flights matching the information exchanged between SOLIS and "El Pana."

13. On several of the mobile devices seized from SOLIS and SOLIS's residence, there is a WhatsApp contact assigned telephone number (xxx) xxx-5085, with a Massachusetts area code. This contact is labeled "Jef," "Jeffry,"

---

[1] The communications found on SOLIS's mobile devices were almost entirely in Spanish. Where the content of communications are included in this affidavit, they are Spanish-to-English translations by a USPIS Task Force Officer who is fluent in Spanish and who has worked on narcotics-related investigations for more than 20 years. They are intended to convey the substance of the conversations and not as verbatim certified transcriptions.

[2] WhatsApp provides an Internet-based multimedia messaging service, WhatsApp Messenger, via a cross-platform smartphone application that enables users to communicate with each other via text, voice, and video.

or "Jeff," depending on the mobile device. The investigation has revealed that the individual using telephone number (xxx) xxx-5085 is TORRES.

14. According to the cellular service provider for telephone number (xxx) xxx-5085, "JEFFRY COLON," at an address in Springfield, Massachusetts, was the subscriber.

15. Communications on the SOLIS devices reveal the following pattern between July 2022 and December 2022: TORRES sent SOLIS an address; shortly thereafter, SOLIS sent that same address (and other addresses) to PONCE; shortly thereafter, PONCE sent a picture of a USPS parcel or a USPS receipt for a parcel shipped to those same addresses; shortly thereafter, SOLIS informed TORRES when the parcel was due to arrive; shortly thereafter, TORRES confirmed receipt.

16. For example, on November 8, 2022, TORRES sent SOLIS an address in Springfield, Massachusetts, which matched TORRES' listed address with the Massachusetts registry of Motor Vehicles. On November 11, 2022, another contact of SOLIS sent SOLIS two addresses in southern New Jersey.

17. On November 11, SOLIS forwarded to PONCE the Springfield, Massachusetts address sent to him by TORRES and the two addresses in southern New Jersey.

18. On November 12, 2022 and November 14, 2022, PONCE sent SOLIS USPS tracking receipts which referenced parcels mailed to the same three addresses.

19. Meanwhile, on November 10, 2022, PONCE sent a photo of a white, brick shaped object, consistent with the known appearance of cocaine, stamped "6 - 0" followed by a message that read "these"? SOLIS responded by sending a photo of a pile of white powder. Screenshots from this conversation are below.




20. On November 11, 2022, PONCE sent a video to SOLIS. In the video, a light above the camera casts a shadow of what appears to be the mobile telephone taking the video. A male behind the camera speaks in Spanish, and reaches out to pick up a white brick-shaped object stamped "6 - 0".[3] The camera then pans out over nine other brick-shaped objects heavily

---

[3] Based on my training and experience, I know that drug suppliers often stamp bricks of cocaine with a specific marking in order to establish brand

wrapped in plastic wrap and tape. The individual in the video stated "this is what I have right now, check them out." Still photographs from this video are below:



21. SOLIS responded in two voice messages by commenting, in summary, on how they were perfect because they were shiny and of a pearl white color. SOLIS added that they would move quickly, and to send them to him but to make sure to "put the small box with the big box, so they don't move around," and to use "bubble".

22. On November 14, 2022, SOLIS sent TORRES the same video PONCE had sent SOLIS on November 11, 2022. In an accompanying text

---

recognition that is associated with the quality of the drugs, which can either increase or decrease the value of the kilogram.

message, SOLIS wrote, in summary, that TORRES' cousin's[4] box is supposed to look like this and the ones that already got there are "T680" or "777". In response to the video, TORRES sent a voice message stating "that looks like good stuff let's see how that cooks up in the pot".

23. As mentioned above, during the course of this investigation law enforcement seized parcels sent from Puerto Rico to southern New Jersey. Each contained bricks of cocaine that had been wrapped in either bubble wrap or spray foam. The stamps on the seized cocaine varied but some were T680 and 777, the same stamps mentioned in the November 14, 2022 text message from SOLIS to TORRES.

24. The drug trafficking conspiracy involving SOLIS, PONCE, and TORRES continued even after a search warrant was executed on SOLIS's residence in December 2022. On February 16, 2023, SOLIS sent TORRES an address in Hackensack, New Jersey. TORRES responded with a voice memo stating, in summary: "he is going to contact you. Tell the person to wrap that like there were two, you heard? Because I told them there were two."

25. One of SOLIS's mobile devices contained a photograph of a parcel with a return address in Puerto Rico and a delivery address matching the Hackensack, New Jersey address SOLIS had sent to TORRES, as well as a photograph of a USPS receipt for a parcel that had been shipped from Puerto Rico to Hackensack, New Jersey.

---

[4] Based on my knowledge of the investigation, I believe that "cousin" could refer either to an actual cousin or a friend who assisted TORRES. Law enforcement has not identified this individual.

26. On at least one occasion, SOLIS and TORRES conspired to further distribute the cocaine supplied by PONCE from New Jersey to Missouri. SOLIS and TORRES, as well as a third individual, exchange numerous messages between August 2, 2022 and August 4, 2022. The messages on August 2, 2022 include TORRES asking SOLIS "where the 14 are going?" SOLIS responded, "Zip 63136 north side st Louis Missouri."

27. On the evening of August 2, 2022 and the morning of August 3, 2022, the EZPass transponder in a Mercedes Benz sedan registered to SOLIS passed through toll plazas in Atlantic City, New Jersey, then the Walt Whitman Bridge between New Jersey and Philadelphia, then further westward on the Pennsylvania Turnpike. This route is consistent with the route from New Jersey to Missouri.

28. On August 3, 2022, SOLIS provided TORRES instructions on how to access a "trap" in his Mercedes. Based on my training and experience, I know that drug traffickers often use secreted compartments, or "traps," in vehicles to hide drugs. Moreover, drug trafficking organizations sometimes supply couriers with vehicles that are not registered to the driver. This way, if the vehicle is stopped and drugs are found, both the courier and the registered owner of the vehicle may deny knowledge of what was in the vehicle.

29. In January 2023, SOLIS's Mercedes was searched pursuant to a federal search warrant and was found to contain a kilogram of cocaine in a trap in the vehicle that matched the description of the trap that SOLIS has sent to TORRES.